■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM ALLEN, Appellant. [603 NYS2d 724] —Judgment, Supreme Court, New York County (Nicholas Figueroa, J.), rendered May 29, 1991, convicting defendant, after a jury trial, of assault in the second degree, and sentencing him, as a second

felony offender, to a term of 3⅓ to 6⅔ years, unanimously affirmed.

There is no basis in the record to believe that any juror was peremptorally excluded on the basis of race. Nor was defendant deprived of his right to be present at the voir dire *(People v Mitchell,* 80 NY2d 519). Concur—Carro, J. P., Ellerin, Wallach and Ross, JJ.